**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SERGEY BURMIN and KENNETH W. LUKE, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E\*TRADE SECURITIES LLC and MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendants. | Case No. 2:24-CV-00603-ES-MAH |
| THOMAS M. SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>E\*TRADE SECURITIES LLC, MORGAN STANLEY and MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendants. | Case No. 2:24-CV-11341-ES-MAH |
| MARK E. MCKINNEY, NEAL GAGNER and JAMES BERTONIS, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC and E\*TRADE SECURITIES LLC,<br><br>Defendants. | Case No. 2:25-CV-14143-ES-MAH |

**STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING ACTIONS**

Plaintiffs Sergey Burmin, Kenneth W. Luke, Thomas A. Simmons, Mark McKinney, Neal Gagner, and James Bertonis (together, "Plaintiffs") and Defendants E*TRADE Securities LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley & Co. LLC, and Morgan Stanley (collectively "Defendants" and together with Plaintiffs, the "Parties"), respectfully submit the following Stipulation and Proposed Order Consolidating Actions. In support of this stipulation, the Parties declare as follows:

WHEREAS, Plaintiffs filed the following actions, each of which is styled as a proposed class action (together, the "Proposed Class Actions"):

a.  *Burmin, et al. v. E*TRADE Securities LLC, et al.*, No. 24-cv-603-ES-MAH ("*Burmin*"), filed on February 1, 2024;

b.  *Simmons v. E*TRADE Securities LLC, et al.*, No. 24-cv-11341-ES-MAH ("*Simmons*"), filed on December 19, 2024; and

c.  *McKinney, et al. v. Morgan Stanley, et al.*, No. 25-cv-14143-ES-MAH ("*McKinney*"), originally filed in the Southern District of New York,[1] transferred to this District on July 25, 2025, and assigned to this Court on August 5, 2025.

WHEREAS, the Court held a status conference on October 16, 2025, to address how the Proposed Class Actions should proceed following the resolution of competing motions to transfer the *Simmons* and *McKinney* actions.[2]

WHEREAS, pursuant to the Court's guidance and instruction, the Parties agreed to proceed in these Proposed Class Actions as set forth in this Stipulation. *Burmin*, Dkt. No. 83.

---

[1] *McKinney* was originally filed in the Southern District of New York on November 20, 2024, and previously captioned *McKinney v. Morgan Stanley, et al.*, No. 24-cv-08860 (S.D.N.Y.). Two subsequently filed cases, *Gagner v. Morgan Stanley, et al.*, No. 24-cv-9875 (S.D.N.Y) (filed December 21, 2024) and *Bertonis v. Morgan Stanley, et al.*, No. 25-cv-1598 (filed February 25, 2025) were consolidated with *McKinney* on January 7 and March 14, 2025, respectively. *McKinney*, Dkt. Nos. 36, 60.

[2] *See Burmin*, Dkt. Nos. 69, 76, 80.

WHEREAS, the Parties agree that the Proposed Class Actions arise out of similar sets of operative facts and assert similar claims against Defendants relating to E*TRADE's cash sweep programs and thus involve common questions of law and fact.

WHEREAS, the Parties agree that it would promote judicial economy and conservation of the Court's and the Parties' resources, that the Proposed Class Actions be consolidated and proceed as contemplated herein.

WHEREAS, the Parties agree that consolidation of the Proposed Class Actions meets the requirements of Rule 42(a) of the Federal Rules of Civil Procedure, and that the interests of fair and efficient administration of the Proposed Class Actions and the avoidance of unnecessary duplicative efforts warrant the consolidation of the Proposed Class Actions into a single consolidated class action (the "Consolidated Action").

WHEREAS, the Parties, therefore, respectfully submit that consolidation of the Proposed Class Actions is appropriate.

WHEREAS, the Court set the following deadlines for the filing of applications for the appointment of interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure: (i) any motion for the appointment of interim class counsel shall be filed by October 30, 2025; (ii) any opposition shall be filed by November 13, 2025; and (iii) any reply shall be filed by November 20, 2025. *Burmin*, Dkt. No. 83.

WHEREAS, the Parties further agree that Plaintiffs shall file a Consolidated Complaint no later than thirty (30) days after the Court appoints Interim Class Counsel.

WHEREAS, in light of the filing of a Consolidated Complaint, the *Burmin* Plaintiffs withdraw their request for the Court to reinstate and decide the pending Motion to Dismiss. *Burmin*, Dkt. No. 31.

3

WHEREAS, the Parties believe that any actions later instituted in, removed to, or transferred to this Court seeking substantially similar relief on behalf of the same putative class members should be consolidated with the Consolidated Action.

WHEREAS, by entering this Stipulation, neither Plaintiffs nor Defendants waive, and each expressly reserves, any and all rights, remedies, claims, or defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the Court's approval, as follows:

## I. CONSOLIDATION AND TREATMENT OF SUBSEQUENT ACTIONS

1. Consolidation of the above-captioned Proposed Class Actions satisfies the requirements of Fed. R. Civ. P. 42(a).

2. Pursuant to Fed. R. Civ. P. 42(a), the *Simmons* and *McKinney* actions are hereby consolidated with the lowest-numbered action, *Burmin, et al. v. E\*TRADE Securities LLC, et al.*, No. 2:24-cv-00603 (the "Consolidated Action").

3. Defendants are not required to file any response to the complaints already filed in the Proposed Class Actions, or any initial or amended complaint in any action hereafter consolidated with the Consolidated Action except as provided under the Court's October 17, 2025, Order (*Burmin*, Dkt. No. 83).

4. Defendants' Motion to Dismiss (*Burmin*, Dkt. No. 31), which was administratively terminated for docket management purposes only (*Burmin,* Dkt. No. 46), is DENIED as moot without prejudice.

5. Each document filed in the Consolidated Action shall bear the following caption: *In re E\*TRADE Cash Sweep Litigation*, No. 2:24-cv-00603.

6.      The terms of this Stipulation and Order shall apply to proposed class actions later instituted in, removed to, or transferred to this Court that are related to this case, as provided below.

7.      One or more of the Parties shall file a Notice of Related Cases pursuant to L. Civ. R. 40.1(c) whenever a case that one or more Parties believes should be consolidated into this action is filed in, or transferred to, this District (a "New Case"). A copy of such Notice of Related Cases shall be filed in, and served on the parties to, the New Case.

8.      After any New Case is related to the Consolidated Action by the Court, the ~~New Case shall be consolidated into the Consolidated Action and become subject to this Order seven (7) days after the Court's order deeming the New Case related, or seven (7) days after notice of this Order is given as set forth above.~~

The parties shall submit a letter application to the Court that proposes consolidation pursuant to Fed. R. Civ. P. 42(a), and explains the good cause for consolidation.

**IT IS SO STIPULATED.**

Dated: October 30, 2025                                             Respectfully submitted,

/s/ *Audra DePaolo*                                    /s/ *John D. Tortorella*
Jeffrey W. Herrmann                                  Kevin H. Marino
Audra DePaolo                                           John D. Tortorella
COHN LIFLAND PEARLMAN HERRMANN &      MARINO, TORTORELLA, BOYLE, P.C.
KNOPF LLP                                                437 Southern Boulevard
Park 80 Plaza West-One                            Chatham, NJ 07928
Saddle Brook, N.J. 07663                          Tel: (973) 824-9300
Telephone: (201) 845-9600                        Fax: (973) 824-8425
jwh@njlawfirm.com                                  kmarino@khmarino.com
ad@njlawfirm.com                                    jtortorella@khmarino.com

Robert C. Finkel (admitted *pro hac vice*)      Meaghan VerGow (admitted *pro hac vice*)
Adam J. Blander                                          O'MELVENY & MYERS, LLP
Emer C. Burke                                            1625 Eye Street, NW
WOLF POPPER LLP                                   Washington, DC 20006
845 Third Avenue                                       Tel: 202-383-5300
New York, NY 10022                                 Fax: 202-383-5414
Telephone: (212) 759-4600                        mvergow@omm.com
rfinkel@wolfpopper.com
ablander@wolfpopper.com
eburke@wolfpopper.com

5

*Counsel for Plaintiffs Sergey Burmin and Kenneth W. Luke*

Pamela A. Miller (admitted *pro hac vice*)
Lauren M. Wagner (admitted *pro hac vice*)
**O'MELVENY & MYERS, LLP**
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-326-2000
Fax: 212-326-2061
pmiller@omm.com
lwagner@omm.com

*Counsel for Defendants E\*TRADE Securities LLC and Morgan Stanley Smith Barney LLC in the Burmin Action*

/s/ Michael D. Blatchley
Michael D. Blatchley
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
michaelb@blbglaw.com

/s/ John D. Tortorella
Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA, BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Michael Dell'Angelo
Alex B. Heller
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bergermontague.com
aheller@bergermontague.com

Brian S. Weinstein (admitted *pro hac vice*)
Adam M. Green (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL, LLP**
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com

Matthew L. Dameron (admitted *pro hac vice*)
Claire M. Terrebonne (admitted *pro hac vice*)
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
matt@williamsdirks.com
cterrebonne@williamsdirks.com

Jonathan K. Chang (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL, LLP**
900 Middlefield Road
Redwood City, CA 94063
(650) 752-2000
jonathan.chang@davispolk.com

*Counsel for Plaintiff Thomas M. Simmons*

*Counsel for Defendants E\*TRADE Securities LLC, Morgan Stanley and Morgan Stanley Smith Barney LLC in the Simmons Action*

Paul J. Scarlato
**ROSCA SCARLATO LLC**
161 Washington Street, Suite 1025

6

Conshohocken, PA 19428
Telephone: (216) 946-7070
pscarlato@rscounsel.law

*Local Counsel for Plaintiff Thomas M.*
*Simmons*

/s/ Catherine B. Derenze
Joseph J. DePalma
Catherine B. Derenze
**LITE DEPALMA GREENBERG & AFANADOR,**
**LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdpalma@litedepalma.com
cderenze@litedepalma.com

Stephen R. Astley (admitted *pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sastley@rgrdlaw.com

*Counsel for Plaintiffs Mark E. McKinney,*
*Neal Gagner, and James Bertonis*

/s/ John D. Tortorella
Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA, BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Brian S. Weinstein (admitted *pro hac vice*)
Adam M. Green (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL, LLP**
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com

Jonathan K. Chang (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL, LLP**
900 Middlefield Road
Redwood City, CA 94063
(650) 752-2000
jonathan.chang@davispolk.com

*Counsel for Defendants Morgan Stanley,*
*Morgan Stanley Smith Barney LLC and*
*E\*TRADE Securities LLC in the McKinney*
*Action*

**IT IS SO ORDERED.**

DATE: ____11/3/2025____

_____
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

7