Cohn Lifland
Pearlman Herrmann & Knopf LLP
100+YEARS
Attorneys at Law

Park 80 West–Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

Jeffrey W. Herrmann, Esq.
jwh@njlawfirm.com

July 23, 2026

**Via ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re: In re E*Trade Cash Sweep Litigation
Civil Action No. 24-0603 (ES)(MAH)

Dear Judge Hammer:

My firm, along with Wolf Popper LLP and Robbins Geller Rudman & Dowd LLP, represent the plaintiffs in the above referenced action. I write on behalf of all parties.

Paragraphs 3 and 4 of Your Honor's October 17, 2025 Scheduling Order (ECF 83) state as follows:

> Within **thirty days** following entry of an Order appointing interim class counsel, Plaintiffs will file a Consolidated Amended Complaint.
>
> Within **seven** days following the filing of the Consolidated Amended Complaint, the parties will so notify the Court for the purpose of scheduling a case-management conference to address, among other things: (1) the deadline for any response to the Complaint, including a briefing schedule for any motion to dismiss; (2) the status of the MSSB-related claims; and (3) any application by the Defendants to stay discovery pending disposition of any motion to dismiss.

The parties wish to advise the Court that on June 16, 2026 Judge Salas entered an Opinion and Order appointing interim co-lead counsel on behalf of the putative class and that on July 16, 2025, Plaintiffs filed their Consolidated Amended Complaint. *See* ECF 101-103.

In advance of the case management conference to be scheduled by Your Honor, the parties will be meeting-and-conferring regarding the three items identified in Your Honor's Order and will be prepared to address them at the conference. If helpful to Your Honor, the parties would also be pleased to submit a letter in advance of the conference—at such time and in such a manner as

Cohn Lifland
Pearlman Herrmann & Knopf LLP
100+YEARS
Attorneys at Law

Your Honor directs—identifying any areas of agreement and the parties' respective positions on any areas of disagreement.

Respectfully submitted,

/s/Jeffrey W. Herrmann

Jeffrey W. Herrmann

Cc: All counsel of record – via ECF